# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ANTHONY WILLIAMS | ) | |
| | ) | Civil Action Number: |
| Plaintiff | ) | 1:12-cv-01514 |
| | ) | FLSA Action |
| v. | ) | |
| | ) | Jury Trial Demanded |
| SLG SYSTEMS INCORPORATED, a | ) | |
| Wisconsin Corporation; | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties hereto, through their undersigned counsel, hereby stipulate that all claims in the above-styled action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

Respectfully submitted this 7th day of February, 2013.

                                    MARTIN & MARTIN, LLP

                                    By:   /s/ Thomas F. Martin_
                                              Thomas F. Martin
                                              tfmartin@martinandmartinlaw.com
                                              Georgia Bar No. 482595
                                              Kimberly N. Martin
                                              kmartin@martinandmartinlaw.com

Georgia Bar No. 473410
MARTIN & MARTIN, LLP
PO BOX 1070
Tucker, Georgia 30085-10170
(770) 344-7267 (770) 837–2678 Fax
Attorneys for Plaintiff

LAW OFFICE OF JASON H. COFFMAN
<u>/s Jason H. Coffman</u>
Jason H. Coffman
Georgia Bar No. 173119
170 Mitchell Street, S.W.
Atlanta, Georgia 30303
Phone: (404) 581-3834
Fax: (404) 526-8855
Email: jcoffman@jcoffmanlaw.com

Attorneys for SLG Systems Incorporated

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANTHONY WILLIAMS | ) | |
| | ) | Civil Action Number: |
| Plaintiff | ) | 1:12-cv-01514 |
| | ) | FLSA Action |
| v. | ) | |
| | ) | Jury Trial Demanded |
| SLG SYSTEMS INCORPORATED, a | ) | |
| Wisconsin Corporation; | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 7th day of February, 2013.

MARTIN & MARTIN, LLP

By:   /s/ Thomas F. Martin
      Thomas F. Martin

3